UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EVANSTON INSURANCE COMPANY                    CIVIL ACTION

VERSUS                                         NO. 03-3045

SOUTHERN VALVE & SALVAGE, LLC                  SECTION "K"(1)

### ORDER

For the reasons assigned this day in open court,

**IT IS ORDERED** that the Motion to Dismiss Complaint for Declaratory Judgment for Lack of Subject Matter Jurisdiction and Pursuant to the Court's Discretion (Doc. 27) is **GRANTED** and judgment shall be entered in favor of defendant Southern Valve & Salvage, LLC and against Evanston Insurance Company dismissing its Complaint for Declaratory Action without prejudice.

New Orleans, Louisiana, this 14th day of July, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE